**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNE POIRIER, Individually and on behalf of all others similarly situated,<br><br>      Plaintiff,<br><br>v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>      Defendants. | Case No.: 1:22-cv-02283-EK-PK<br><br>Hon. Eric R. Komitee |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF RACHNA MEHROTRA'S**
**MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND**
<u>**APPROVAL OF SELECTION OF COUNSEL**</u>

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Rachna Mehrotra ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of her selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant's husband, Sanjay Mehrotra, attesting to her transactions of Bakkt Holdings, Inc. ("Bakkt" or the "Company") f/k/a VPC Impact Acquisition Holdings ("VIH") securities and/or common stock;

**Exhibit B**:    Loss Chart reflecting the losses incurred by Movant as a result of her transactions in Bakkt securities and/or common stock;

**Exhibit C**:    Press Release published April 21, 2022, on *Globe Newswire,* announcing the pendency of the securities class action against defendants herein: *Poirier v. Bakkt Holdings, Inc. f/k/a VPC Impact Acquisition Holdings., et. al.,* Case No. 1:22-cv-02283-EK-PK;

**Exhibit D**:    Declaration signed by Movant's husband, Mr. Mehrotra, in support of his wife's lead plaintiff motion; and

**Exhibit E**:    Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.


Dated: June 21, 2022                                 Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton
55 Broadway, 10th Floor
New York, NY 10006
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Rachna Mehrotra and*
*[Proposed] Lead Counsel for the Class*

2