# EXHIBIT D

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUZANNE POIRIER, Individually and on behalf of all others similarly situated,<br><br>        Plaintiff,<br><br>v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>        Defendants. | Case No.: 1:22-cv-02283-EK-PK<br><br>Hon. Eric R. Komitee |

### DECLARATION OF SANJAY MEHROTRA IN SUPPORT OF RACHNA MEHROTRA'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF

I, Sanjay Mehrotra, pursuant to 28 U.S.C. § 1746, declare as follow:

1.      I respectfully submit this Declaration in support of Rachna Mehrotra's motion for appointment as Lead Plaintiff in the above-captioned securities class action (the "Action") against Bakkt Holdings, Inc. ("Bakkt" or the "Company") f/k/a VPC Impact Acquisition Holdings ("VIH"). I have personal knowledge about the facts stated herein and could competently testify to them if called to do so.

2.      I am authorized to act on behalf of my wife, Rachna Mehrotra, in connection with this lawsuit as her attorney-in-fact under the terms of a special power of attorney. Although my wife is the beneficial owner of the shares at issue in this action, I purchased them on her behalf with her permission in her brokerage account. This is why I am acting as her attorney-in-fact for the purposes of this case.

3.      My wife and I currently reside in Edmonton, Alberta, Canada. I possess a Certified Financial Planner (CFP) degree in financial services. I am currently self-employed as the owner

of FS Business Enterprises Inc, a real estate holdings company, where I am the sole director and shareholder, and I am the only employee. I have been investing in securities for twenty-five years. Further, I have experience hiring and overseeing attorneys for real estate related matters.

4.      If my wife is appointed as lead plaintiff, I will represent her and the other shareholder class members to the fullest of my abilities. I am both capable and qualified to serve as the lead plaintiff in the Action. By virtue of my wife's significant financial interest in the resolution of the Action, I am motivated to litigate vigorously, efficiently, and to the best of my ability to maximize the potential recovery for her and the Class I seek to represent.

5.      I previously communicated with attorneys at Levi & Korsinsky, LLP about the lead plaintiff process, the responsibilities of a lead plaintiff, and how the action would progress after a lead plaintiff is appointed. I understand that a lead plaintiff is required to direct the litigation on behalf of the class, stay apprised of all material developments of the litigation, and act in the best interests of the class at all times to ensure the best possible outcome for the class members.

6.      After discussing the responsibilities of serving as a lead plaintiff and being satisfied that Levi & Korsinsky, LLP would adequately serve as lead counsel based on the firm's experience, resources, and past successes, I signed a retainer agreement with Levi & Korsinsky, LLP, on behalf of my wife, Rachna Mehrotra, and authorized the firm to file a lead plaintiff motion on her behalf.

I understand that counsel is submitting this declaration along with a timely application for appointment as lead plaintiff.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing statements related to myself are true and correct.

Signed:

2

Name: Sanjay Mehrotra

Date: 6/16/22

## SPECIAL POWER OF ATTORNEY

KNOW ALL PERSONS BY THESE PRESENT, that Rachna Mehrotra does hereby make, constitute and appoint Sanjay Mehrotra, and any person designated by him, to act as true and lawful attorney-in-fact in her name, place and stead, jointly and severally, in all matters regarding the lawsuit against Bakkt Holdings, Inc. pending in United States District Court for the Eastern District of New York under Civil Docket No. 1:22-cv-02283 (the "Action") including the commencement, prosecution, and resolution of the Action and giving and granting unto said attorneys full power and authority to perform all and every act and thing whatsoever requisite, necessary and proper to be done in and without the premises, as fully, to all intents and purposes as they might or could do, with full power of substitution and revocation, hereby ratifying and confirming all that their attorneys or the substitute shall lawfully do or cause to be done.

The rights, powers and authority of said attorneys shall remain in full force and effect until Rachna Mehrotra tenders a written notice of termination.

IN WITNESS HEREOF, I have hereunto set my hand as of June 17, 2022.

_____

Rachna Mehrotra

WITNESS :
TRISHA MEHROTRA

WITNESS :
NARAIN KAPOOR.