**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNE POIRIER, Individually and On Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS, <br><br> Defendants. | Case No. 1:22-cv-02283-EK-PK |

**DECLARATION OF GREGORY B. LINKH IN SUPPORT OF JEREMY PETRUS, RICHARD PETRUS, AND BONNIE PETRUS'S MOTION FOR APPOINTMENT AS <u>LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL</u>**

I, Gregory B. Linkh, hereby declare as follows:

1. I am an attorney with the law firm Glancy Prongay & Murray LLP, counsel for Lead Plaintiff Movants Jeremy Petrus, Richard Petrus, and Bonnie Petrus (the "Petrus Family") and proposed Lead Counsel for the class in the above-captioned action. I make this declaration in support of the Petrus Family's Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2. Attached hereto as the exhibits are true and correct copies of the following:

Exhibit A: Press release published April 21, 2022 on *Globe Newswire*, announcing the pendency of the securities class action against Defendants herein;

Exhibit B: The Petrus Family's Signed PSLRA Certifications;

Exhibit C: Analysis of the Petrus Family's financial interest; and

Exhibit D: Firm résumé of Glancy Prongay & Murray LLP.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct. Executed this 21st day of June 2022.

*/s/ Gregory B. Linkh*
Gregory B. Linkh

**PROOF OF SERVICE**

I, the undersigned say:

I am not a party to the above case and am over eighteen years old.

On June 21, 2022, I served true and correct copies of the foregoing document, by posting the document electronically to the ECF website of the United States District Court for the Eastern District of New York, for receipt electronically by the parties listed on the Court's Service List.

I affirm under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 21, 2022, at New York, New York.

*/s/ Gregory B. Linkh*
Gregory B. Linkh