# EXHIBIT C

# Financial Interest Analysis

**Company Name:** Bakkt Holdings, Inc.
**Ticker:** BKKT
**Class Period:** 03/31/2021 - 11/19/2021
**Name:** Jeremy Petrus

### Account 1

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/28/2021 | 40 | $28.2600 | -$1,130.4000 | | $0.0000 | -$1,130.40 |
| 10/28/2021 | 460 | $28.3000 | -$13,018.0000 | | $0.0000 | -$13,018.00 |
| 10/28/2021 | 500 | $28.2900 | -$14,145.0000 | | $0.0000 | -$14,145.00 |
| 10/28/2021 | 500 | $29.0900 | -$14,545.0000 | | $0.0000 | -$14,545.00 |
| 10/28/2021 | 500 | $30.2600 | -$15,130.0000 | | $0.0000 | -$15,130.00 |
| 10/28/2021 | 500 | $31.8000 | -$15,900.0000 | | $0.0000 | -$15,900.00 |
| 10/28/2021 | 1,000 | $28.7700 | -$28,770.0000 | | $0.0000 | -$28,770.00 |
| 10/28/2021 | 1,500 | $29.1800 | -$43,770.0000 | | $0.0000 | -$43,770.00 |
| 11/2/2021 | 36 | $36.2500 | -$1,305.0000 | | $0.0000 | -$1,305.00 |
| 11/10/2021 | -3,103 | | $0.0000 | $25.6600 | $79,622.9800 | $79,622.98 |
| 11/10/2021 | -961 | | $0.0000 | $25.7100 | $24,707.3100 | $24,707.31 |
| 11/10/2021 | -300 | | $0.0000 | $25.7000 | $7,710.0000 | $7,710.00 |
| 11/10/2021 | -300 | | $0.0000 | $25.6900 | $7,707.0000 | $7,707.00 |
| 11/10/2021 | -172 | | $0.0000 | $25.7300 | $4,425.5600 | $4,425.56 |
| 11/10/2021 | -100 | | $0.0000 | $25.6700 | $2,567.0000 | $2,567.00 |
| 11/10/2021 | -100 | | $0.0000 | $25.6600 | $2,566.0000 | $2,566.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | 0 | | | | **Subtotal:** | **-$18,407.55** |
| | | **90-Day Average Price** | | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | $8.8738 | | 0 | **Total:** | **-$18,407.55** |

# Financial Interest Analysis

**Name:**            Jeremy Petrus

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/28/2021 | 9 | $29.2900 | -$263.6100 | | $0.0000 | -$263.61 |
| 10/29/2021 | -9 | | $0.0000 | $25.2500 | $227.2500 | $227.25 |
| 11/1/2021 | 45 | $40.9000 | -$1,840.5000 | | $0.0000 | -$1,840.50 |
| 11/1/2021 | 18 | $40.7500 | -$733.5000 | | $0.0000 | -$733.50 |
| 11/1/2021 | 232 | $41.4900 | -$9,625.6800 | | $0.0000 | -$9,625.68 |
| 11/1/2021 | 5 | $41.4400 | -$207.2000 | | $0.0000 | -$207.20 |
| 11/1/2021 | 96 | $41.1000 | -$3,945.6000 | | $0.0000 | -$3,945.60 |
| 11/1/2021 | 4 | $41.0900 | -$164.3600 | | $0.0000 | -$164.36 |
| 11/1/2021 | 20 | $40.8000 | -$816.0000 | | $0.0000 | -$816.00 |
| 11/1/2021 | 1 | $40.7300 | -$40.7300 | | $0.0000 | -$40.73 |
| 11/1/2021 | -421 | | $0.0000 | $40.0000 | $16,840.0000 | $16,840.00 |
| 11/12/2021 | 711 | $26.7500 | -$19,019.2500 | | $0.0000 | -$19,019.25 |
| 11/12/2021 | -711 | | $0.0000 | $22.7500 | $16,175.2500 | $16,175.25 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$3,413.93** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $8.8738 | 0 | **Total:** | **-$3,413.93** |

## Financial Interest Analysis

**Company Name:**    Bakkt Holdings, Inc.
**Class Period:**    03/31/2021 - 11/19/2021
**Name:**    Jeremy Petrus

**Account 2 - Options**

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/1/2021 | Bought | Call | Dec 17 2021 / $30 | 13 | $12.90 | -$16,770.00 |
| 11/4/2021 | Bought | Call | Dec 17 2021 / $30 | 4 | $7.20 | -$2,880.00 |
| 11/9/2021 | Sold | Call | Dec 17 2021 / $30 | -7 | $3.45 | $2,415.00 |
| 11/9/2021 | Sold | Call | Dec 17 2021 / $30 | -5 | $3.40 | $1,700.00 |
| 11/9/2021 | Bought | Call | Dec 17 2021 / $30 | 6 | $2.74 | -$1,644.00 |
| 11/9/2021 | Bought | Call | Dec 17 2021 / $30 | 8 | $2.72 | -$2,176.00 |
| 11/10/2021 | Sold | Call | Dec 17 2021 / $30 | -19 | $2.70 | $5,130.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$14,225.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/29/2021 | Bought | Call | Nov 19 2021 / $25 | 3 | $7.36 | -$2,208.00 |
| 11/4/2021 | Sold | Call | Nov 19 2021 / $25 | -3 | $9.40 | $2,820.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **$612.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/10/2021 | Bought | Call | Nov 19 2021 / $28 | 20 | $2.55 | -$5,100.00 |
| 11/10/2021 | Sold | Call | Nov 19 2021 / $28 | -10 | $1.50 | $1,500.00 |
| 11/10/2021 | Sold | Call | Nov 19 2021 / $28 | -10 | $1.55 | $1,550.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$2,050.00** |

## Financial Interest Analysis

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 10/28/2021 | Bought | Call | Nov 19 2021 / $30 | 3 | $5.80 | -$1,740.00 |
| 10/28/2021 | Bought | Call | Nov 19 2021 / $30 | 3 | $6.31 | -$1,893.00 |
| 10/28/2021 | Bought | Call | Nov 19 2021 / $30 | 2 | $5.91 | -$1,182.00 |
| 10/28/2021 | Bought | Call | Nov 19 2021 / $30 | 1 | $5.55 | -$555.00 |
| 10/28/2021 | Bought | Call | Nov 19 2021 / $30 | 2 | $5.45 | -$1,090.00 |
| 10/28/2021 | Sold | Call | Nov 19 2021 / $30 | -11 | $4.02 | $4,422.00 |
| 11/11/2021 | Bought | Call | Nov 19 2021 / $30 | 4 | $2.07 | -$828.00 |
| 11/12/2021 | Sold | Call | Nov 19 2021 / $30 | -4 | $0.40 | $160.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$2,706.00** |

| Date | Transaction Type | Contract Type | Exp / Strike | Quantity | Price | Balance |
|---|---|---|---|---|---|---|
| 11/9/2021 | Bought | Call | Nov 19 2021 / $31.5 | 1 | $1.50 | -$150.00 |
| 11/10/2021 | Sold | Call | Nov 19 2021 / $31.5 | -1 | $1.00 | $100.00 |
| | | | **Contracts Remaining:** | **0** | **Subtotal:** | **-$50.00** |

| | |
|---|---|
| **Account 2 Options Total:** | **-$18,419.00** |

## Financial Interest Analysis

**Name:**          Richard and Bonnie Petrus

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/25/2021 | 1,185 | $53.6000 | -$63,516.0000 | | $0.0000 | -$63,516.00 |
| 10/25/2021 | 6 | $53.2500 | -$319.5000 | | $0.0000 | -$319.50 |
| 10/26/2021 | -1,191 | | $0.0000 | $28.7900 | $34,288.8900 | $34,288.89 |
| 10/28/2021 | 1,050 | $31.2500 | -$32,812.5000 | | $0.0000 | -$32,812.50 |
| 10/28/2021 | 20 | $31.2400 | -$624.8000 | | $0.0000 | -$624.80 |
| 10/28/2021 | 20 | $31.2300 | -$624.6000 | | $0.0000 | -$624.60 |
| 10/28/2021 | 110 | $31.2200 | -$3,434.2000 | | $0.0000 | -$3,434.20 |
| 10/28/2021 | 77 | $32.4500 | -$2,498.6500 | | $0.0000 | -$2,498.65 |
| 11/10/2021 | -1,277 | | $0.0000 | $25.7700 | $32,908.2900 | $32,908.29 |
| 11/11/2021 | 1,160 | $26.1244 | -$30,304.3040 | | $0.0000 | -$30,304.30 |
| 11/11/2021 | 15 | $26.1254 | -$391.8810 | | $0.0000 | -$391.88 |
| 11/11/2021 | 2 | $26.2200 | -$52.4400 | | $0.0000 | -$52.44 |
| 11/12/2021 | -300 | | $0.0000 | $23.8100 | $7,143.0000 | $7,143.00 |
| 11/12/2021 | -877 | | $0.0000 | $23.8000 | $20,872.6000 | $20,872.60 |

| Shares Retained: | 0 | | | | Subtotal: | -$39,366.10 |
|---|---|---|---|---|---|---|
| | | 90-Day Average Price | Shares Retained | | 90-Day Average: | $0.00 |
| | | $8.8738 | 0 | | Total: | -$39,366.10 |

## Financial Interest Analysis

**Name:**          Richard and Bonnie Petrus

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 10/25/2021 | 730 | $53.3900 | -$38,974.7000 | | $0.0000 | -$38,974.70 |
| 10/25/2021 | 6 | $53.2400 | -$319.4400 | | $0.0000 | -$319.44 |
| 10/26/2021 | -736 | | $0.0000 | $27.3714 | $20,145.3504 | $20,145.35 |
| 10/28/2021 | 720 | $31.3700 | -$22,586.4000 | | $0.0000 | -$22,586.40 |
| 10/28/2021 | 10 | $30.7000 | -$307.0000 | | $0.0000 | -$307.00 |
| 11/10/2021 | -730 | | $0.0000 | $25.7616 | $18,805.9680 | $18,805.97 |
| 11/11/2021 | 660 | $26.3800 | -$17,410.8000 | | $0.0000 | -$17,410.80 |
| 11/11/2021 | 7 | $26.3700 | -$184.5900 | | $0.0000 | -$184.59 |
| 11/12/2021 | -667 | | $0.0000 | $23.8000 | $15,874.6000 | $15,874.60 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$24,957.01** |
| | | | **90-Day Average Price** | **Shares Retained** | **90-Day Average:** | $0.00 |
| | | | $8.8738 | 0 | **Total:** | **-$24,957.01** |

<u>Notes</u>

The 90-Day Average Price used in this analysis is the average closing price between November 22, 2021 and February 16, 2022.

| Petrus Family Bakkt Holdings, Inc. Summary | |
|---|---|
| Jeremy Account 1 | -$18,407.55 |
| Jeremy Account 2 | -$3,413.93 |
| Jeremy Account 2 Options | -$18,419.00 |
| Richard and Bonnie Account 1 | -$39,366.10 |
| Richard and Bonnie Account 2 | -$24,957.01 |
| **Total Financial Interest:** | **-$104,563.59** |