**Bakkt Holdings, Inc. f/k/a VPC Impact Acquisition Holdings (BKKT)**

FIFO/LIFO Losses
Class Period: 03/31/2021 - 11/19/2021

Hold Price:       $8.8320

| MOVANT | PURCHASE TRANSACTIONS | | | | SALES TRANSACTIONS | | | | SHARES HELD | ESTIMATED VALUE (1) | ESTIMATED LOSSES |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | DATE | SHARES | PURCHASE PRICE | PURCHASE AMOUNT | DATE | SHARES | SALES PRICE | SALES AMOUNT | | | |
| Lawrence Rutherford | 11/01/21 | 1,216 | 40.0206 | 48,665 | | | | $0 | 1,216 | $10,740 | ($37,925) |
| **Lawrence Rutherford Totals** | | **1,216** | | **48,665** | | **-** | | **$0** | **1,216** | **$10,740** | **($37,925)** |
| Alessandro Pizzo | 10/29/21 | 90 | 34.3400 | 3,091 | 11/03/21 | 829 | 36.0010 | 29,845 | | | |
| | 10/29/21 | 100 | 34.3600 | 3,436 | 11/03/21 | 0.49169334 | 36.0000 | 18 | | | |
| | 10/29/21 | 100 | 34.3600 | 3,436 | | | | | | | |
| | 10/29/21 | 1 | 34.4000 | 34 | | | | | | | |
| | 10/29/21 | 0.08733624 | 34.3500 | 3 | | | | | | | |
| | 10/29/21 | 290 | 34.4600 | 9,993 | | | | | | | |
| | 10/29/21 | 0.19413813 | 34.4600 | 7 | | | | | | | |
| | 10/29/21 | 247 | 34.2450 | 8,459 | | | | | | | |
| | 10/29/21 | 1 | 34.2800 | 34 | | | | | | | |
| | 10/29/21 | 0.21021897 | 34.2500 | 7 | | | | | | | |
| | 11/11/21 | 371 | 26.8750 | 9,971 | | | | | | | |
| | 11/11/21 | 1 | 26.8800 | 27 | | | | | | | |
| | 11/11/21 | 0.09713435 | 26.8700 | 3 | | | | | | | |
| | 11/11/21 | 366 | 27.3040 | 9,993 | | | | | | | |
| | 11/11/21 | 0.25091575 | 27.3000 | 7 | | | | | | | |
| | 11/11/21 | 331 | 27.1500 | 8,987 | | | | | | | |
| | 11/11/21 | 0.4917127 | 27.1500 | 13 | | | | | | | |
| **Alessandro Pizzo Totals** | | **1,899.33** | | **57,500** | | **829.49** | | **$29,863** | **1,069.84** | **$9,449** | **($18,189)** |
| **TOTAL MOVANTS** | | **3,115.33** | | **$106,165** | | **829.49** | | **$29,862.53** | **2,285.84** | **$20,188** | **($56,114)** |

(1) Common Stock held as of the date of this filing are valued using the average price of $8.8320 per share.