**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SUZANNE POIRIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>Defendants. | Case 1:22-cv-02283-EK-PK<br><br>CLASS ACTION |

**JOINT DECLARATION OF ALESSANDRO PIZZO AND LAWRENCE RUTHERFORD IN SUPPORT OF THEIR MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF LEAD COUNSEL**

We, Alessandro Pizzo and Lawrence Rutherford ("Movants"), declare as follows:

1. We respectfully submit this Joint Declaration in support of our Motion for (i) Appointment as Lead Plaintiff; and (ii) Approval of Selection of Lead Counsel (the "Joint Declaration").

2. We understand that Congress passed the Private Securities Litigation Reform Act of 1995 ("PSLRA") to put investors with substantial losses in charge of securities class actions. We suffered large losses in connection with our Bakkt Holdings, Inc. ("Bakkt") investments. Thus, we believe we are what Congress had in mind when it created the PSLRA's lead plaintiff provisions – investors with real skin in the game who have an incentive to litigate their case vigorously and, thus, increase the chances for a successful outcome for the class they represent.

1

3.    I, Alessandro Pizzo, live in Valencia, Spain and have a degree in Psychology of Work and Complex Organizations from the University of Florence (Italy).  I have been investing for 23 years.  I am the director and owner of a group of companies in Europe and the United Kingdom that are engaged in designing and producing martial arts items sold in Europe and in the rest of the world through resellers.

4.    As reflected in my certification, I purchased Bakkt securities and suffered substantial losses of $18,189 in my investments as a result of the violations of the federal securities laws alleged in this action.  I have every motive to recover these losses and my interests are entirely aligned with those of other class members.

5.    I contacted and retained Bernstein Liebhard LLP ("Bernstein Liebhard") to represent me in this action.

6.    After due consideration, I decided to seek appointment as lead plaintiff with Mr. Rutherford, who sustained losses of $37,925, and has expressed similar interests in maximizing a recovery for the proposed class.  This is my first time seeking appointment as a lead plaintiff in a securities matter and, after speaking with Mr. Rutherford, who resides in the United States, I thought it would be a good idea to partner with him.  While I believe that appointing Mr. Rutherford and I will be beneficial to the class, I remain ready, willing, and able to serve as sole lead plaintiff should the Court prefer a single lead plaintiff.

7.    I, Lawrence Rutherford, live in Atlanta, Georgia, work at Microsoft as a Business Services Clerk, and have invested for over five years.

8.     As reflected in my certification, I purchased Bakkt securities and suffered substantial losses as a result of the violations of the federal securities laws alleged in this action. I have every motive to recover these losses, and my interests are entirely aligned with those of

other class members.

9.    I contacted and retained Bernstein Liebhard to represent me in this action.

10.    After due consideration, I decided to seek appointment as lead plaintiff with Mr. Pizzo, who has sustained losses of $18,189, and has expressed similar interests in maximizing a recovery for the proposed class.  While I believe that appointing Mr. Pizzo and I will be beneficial to the class, I remain ready, willing, and able to serve as sole lead plaintiff should the Court prefer a single lead plaintiff.

11.    When Bernstein Liebhard informed us about one another, we decided it made sense for us to speak to one another, and after doing so, we decided to jointly move for appointment as lead plaintiff in this action.  We have exchanged contact information and been in communication with one another over email and telephone.

12.    We held a joint conference call with attorneys from Bernstein Liebhard on June 16, 2022.  On that call, we discussed at length the role and responsibilities of a lead plaintiff, and agreed that, if we are appointed, we will actively manage the prosecution of this case, including reviewing documents, having joint calls, discussing significant developments, participating in discovery, and making key decisions for the action.  At a minimum, we plan to convene joint calls whenever there are significant legal or factual developments in the case.  We also agreed that either of us can request a joint call, with or without counsel's participation or knowledge, to discuss the case at any time, and to regularly communicate via email with each other and/or lead counsel as needed.  Further, we agree to quarterly communications with one another and our counsel to discuss the progress of the litigation and have requested our counsel to provide us with regular status reports.

13.    In  making  decisions  on  behalf  of  the  class,  we  do  not  anticipate  that  any

3

disagreements will arise.  However, if a disagreement does arise, we agree that Mr. Rutherford, as the movant with the largest loss, will have the final decision in the matter.

14.    We believe this case is meritorious and that the class would benefit from the different backgrounds, individual experiences and combined oversight that we would provide.

15.    We understand that lead plaintiffs have fiduciary duties to all class members, which duties we take seriously.  We will fulfill our fiduciary duties and obligations as lead plaintiffs by vigorously prosecuting this case on behalf of all class members.

16.    We selected Bernstein Liebhard to serve as lead counsel on our behalf because we believe Bernstein Liebhard has the experience and ability to effectively and expeditiously bring this action to a successful resolution.

I, Lawrence Rutherford, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: 06/16/2022 _____

DocuSigned by:

B14EF0C0B3824C6...

LAWRENCE RUTHERFORD

5

I, Alessandro Pizzo, declare, pursuant to 28 U.S.C. §1746, under the penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed: 06/16/2022 _____

DocuSigned by:

*Mr. Alessandro Pizzo*
8B189E8F284D472...

ALESSANDRO PIZZO

6