**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNE POIRIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>Defendants. | Case No. 1:22-cv-02283-EK-PK<br><br>**PLAINTIFFS' NOTICE OF UNOPPOSED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that, Plaintiffs Rachina Mehrotra, Tse Winston Wing Kuen, and James Liner (collectively, "Plaintiffs"), by and through their undersigned counsel, hereby respectfully move this Court, pursuant to Federal Rule of Civil Procedure 23, for entry of an Order:

1. Granting preliminary approval of the proposed Settlement;

2. Approving the proposed form and manner of providing notice of the proposed Settlement to Class members;

3. Certifying the proposed Settlement Class for purposes of the Settlement; and

4. Scheduling a Settlement Fairness Hearing.

In support of this Motion, the undersigned submits the accompanying Memorandum of Law, the Declaration of Jeremy A. Lieberman and Adam M. Apton, the Declaration of Adam D.

Walter on behalf of A.B. Data, Ltd., and all exhibits attached thereto. The terms of the proposed Settlement are set forth in the Stipulation and Agreement of Settlement dated April 12, 2023 (the "Stipulation"), which was entered into by all Parties in the above-captioned action. In accordance with the terms of the Stipulation, Defendants do not oppose this Motion. Plaintiffs also submit a Proposed Order.

DATED: April 17, 2023

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

  s/ Adam M. Apton
Adam M. Apton
Devyn R. Glass
55 Broadway, 4th Floor
New York, New York 10006
Telephone: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com
dglass@zlk.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Jonathan D. Park
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**HAO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shaungliubei Street
100024 Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Plaintiff Tse Winston Wing Kuen*