**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNE POIRIER, Individually and On Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>        v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>                    Defendants. | Case No. 1:22-cv-02283-EK-PK<br><br>CLASS ACTION<br><br>**PLAINTIFFS' NOTICE OF MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS** |

**TO THE CLERK OF THE COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on February 27, 2024, at 11:00 a.m., or as soon thereafter as the parties can be heard, Plaintiffs will and hereby do move the Court, the Honorable Eric Komitee presiding, for an award of attorneys' fees, reimbursement of expenses, and awards to Plaintiffs. Defendants do not oppose Plaintiffs' motion.

**PLEASE TAKE FURTHER NOTICE** that this motion is based upon this notice of motion and motion, the accompanying memorandum of law, the previously filed Declaration of Jeremy A. Lieberman and Adam M. Apton in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class (Dkt. No. 54-2), Declarations of Adam M. Apton, Jeremy A. Lieberman, Adam D. Walter, Sanjay Mehrotra, Tse Winston Wing Kuen, and James Liner, the exhibits attached thereto, and such

1

argument and additional papers as may be submitted to the Court before and at the hearing on this motion. A proposed order is being filed herewith.

DATED: January 23, 2024

Respectfully submitted,

**LEVI & KORSINSKY, LLP**

s/ Adam M. Apton
Adam M. Apton
Devyn R. Glass
33 Whitehall Street, 17th Floor
New York, New York 10004
Telephone: (212) 363-7500
Fax: (212) 363-7171
aapton@zlk.com
dglass@zlk.com

**POMERANTZ LLP**
Jeremy A. Lieberman
Jonathan D. Park
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (917) 463-1044
jalieberman@pomlaw.com
jpark@pomlaw.com

*Co-Lead Counsel for Plaintiffs and the Class*

**HAO LAW FIRM**
Junbo Hao
Room 3-401 No. 2 Building
No. 1 Shaungliubei Street
100024 Beijing
People's Republic of China
Telephone: +86 137-1805-2888
jhao@haolaw.cn

*Additional Counsel for Plaintiff Tse Winston Wing Kuen*

2