**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**

---

SUZANNE POIRIER, Individually and On
Behalf of All Others Similarly Situated,

              Plaintiff,

     v.

BAKKT HOLDINGS, INC. f/k/a VPC IMPACT
ACQUISITION HOLDINGS, JOHN MARTIN,
OLIBIA STAMATOGLOU, GORDON
WATSON, KAI SCHMITZ, and KURT
SUMMERS,

              Defendants.

Case No. 1:22-cv-02283-EK-PK

**DECLARATION OF
SANJAY MEHROTRA**

---

I, Sanjay Mehrotra, declare as follows:

1.     I respectfully submit this declaration in support of Plaintiffs' Motion for Final Approval of Settlement and Motion for Attorneys' Fees and Expenses. I have personal knowledge of the statements herein and if called upon as a witness, could and would competently testify thereto.

2.     On behalf of my wife, Rachna Mehrotra, I moved to be appointed as the lead plaintiff in this case approximately 18 months ago on June 21, 2022. At that time, I submitted a declaration to the Court certifying, among other things, that: I had reviewed a complaint filed in the action; I did not purchase the security that is the subject of this action at the direction of plaintiff's counsel or in order to participate in this private action; I was willing to serve as a representative party on behalf of the class, including providing testimony at deposition and trial, if necessary; and I would not accept any payment for serving as a representative party on behalf of the class beyond my pro rata share of any recovery, except as ordered or approved by the court,

including any award for reasonable costs and expenses (including lost wages) directly relating to the representation of the class. As explained in the context of that motion, although my wife, Rachna, was the beneficial owner of the shares at issue in this action, I purchased them on her behalf with her permission in her brokerage account. Consequently, I acted as her attorney-in-fact for the purposes of this case.

3.     Since moving for lead plaintiff, I have remained engaged and kept up to date with the various proceedings by staying in communication with my attorneys. I have reviewed filings in this action, including the complaints and numerous motions. I have also participated in the litigation by providing documents in my possession, including but not limited to, documents detailing my transactions in Bakkt Holdings, Inc. securities.

4.     I support the approval of the settlement. The settlement amount of $3,000,000 represents a favorable outcome in the litigation given the obstacles we faced in terms of establishing liability and damages before a jury. Those issues included in pertinent part whether a jury would have been willing to agree that Defendants intentionally committed the accounting violations at issue in the action and potentially benefited from doing so. There were also questions as to whether and what extent Defendants' statements about their accounting controls were in fact responsible for investor damages.

5.     I also support my attorneys' request for an award of fees and reimbursement of expenses. The case was litigated efficiently and effectively. My attorneys incurred substantial out-of-pocket expenses and invested heavily in time, effort and resources to achieve the result at hand. They should be compensated as requested, which is an award of fees in the amount of $1,000,000, which is one-third of the settlement fund plus reimbursement of their out-of-pocket expenses not to exceed $80,000.

6.      I am also requesting an award for myself to reimburse me for the time and costs I incurred in serving as a lead plaintiff. My involvement in this lawsuit dates back to June 2022 when I first moved to be appointed as the lead plaintiff. I have since spent approximately 40 hours working with my attorneys on this matter. I participated in discovery by obtaining records relating to my investments. I also reviewed documents and pleadings filed in this case and discussed these materials with my attorneys. In exchange for my time and effort serving as the class representative, I am seeking an award of $5,000 which I believe is fair and deserved.

7.      During the course of this action, I was self-employed as the owner of a real estate holding company. I am a licensed Certified Financial Planner. In my opinion, my professional background provided me with a greater understanding of the allegations in this action and, in turn, provided a benefit to the class when overseeing the litigation. The time I devoted to this action was time that I otherwise would have spent working in my normal course of employment. I believe that the requested amount of $5,000 properly reimburses me for the time and effort I spent serving as the lead plaintiff in this action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 15 th day of January 2024.

_Sanjay Mehrotra_
Sanjay Mehrotra (Jan 15, 2024 10:03 MST)
SANJAY MEHROTRA

3