**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SUZANNE POIRIER, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAKKT HOLDINGS, INC. f/k/a VPC IMPACT ACQUISITION HOLDINGS, JOHN MARTIN, OLIBIA STAMATOGLOU, GORDON WATSON, KAI SCHMITZ, and KURT SUMMERS,<br><br>Defendants. | Case No. 1:22-cv-02283-EK-PK<br><br>CLASS ACTION<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AN AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF LITIGATION EXPENSES, AND AWARDS TO PLAINTIFFS** |

WHEREAS, the Court has granted final approval of the Settlement of the above-referenced class action;

WHEREAS, Levi & Korsinsky, LLP and Pomerantz LLP, jointly appointed counsel for the Class for purposes of the Settlement (together, "Class Counsel"), have petitioned the Court for an award of attorneys' fees in compensation for services provided to Lead Plaintiffs and the Settlement Class along with reimbursement of expenses incurred in connection with prosecuting this action, and an award to Lead Plaintiffs, to be paid out of the Settlement Fund established pursuant to the Settlement;

WHEREAS, capitalized terms used herein having the meanings defined in the Stipulation and Agreement of Settlement dated as of April 12, 2023 (Dkt. No. 53) (the "Stipulation"); and

WHEREAS, the Court has reviewed the fee application and the supporting materials filed therewith and has heard the presentation made by Class Counsel during the final approval hearing on February 27, 2024, and due consideration having been had thereon.

1

NOW, THEREFORE, it is hereby ordered:

1. Class Counsel is awarded one-third of the Settlement Fund, or $1,000,000, as attorneys' fees in this action, together with a proportionate share of the interest earned on the fund, at the same rate as earned by the balance of the fund, from the date of the establishment of the fund to the date of payment.

2. Class Counsel shall be awarded expenses in the amount of $80,000, with interest, as described above.

3. Lead Plaintiffs shall each be awarded $5,000 (or $15,000, in total) as reimbursement for their lost time and expenses in connection with his prosecution of the Action.

4. Except as otherwise provided herein, the attorneys' fees, reimbursement of expenses, and award to Plaintiffs shall be paid in the manner and procedure provided for in the Stipulation.

**IT IS SO ORDERED.**


Dated: _____, 2024          _____
                                        HON. ERIC KOMITEE
                                        UNITED STATES DISTRICT JUDGE